MOSES v. YOUNG

No. 236P02

Case below: 149 N.C. App. 613

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

N.C. DEP'T OF CORR. v. McKIMMEY

No. 238P02

Case below: 149 N.C. App. 605

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

N.C. FARM BUREAU MUT. INS. CO. v. HARRELL

No. 74P02

Case below: 148 N.C. App. 183

Petition by plaintiff-appellant for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

OFFISS, INC. v. FIRST UNION NAT'L BANK

No. 332P02

Case below: 150 N.C. App. 356

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 August 2002.

OWENBY v. YOUNG

No. 286PA02

Case below: 150 N.C. App. 412

Petition by defendant for writ of supersedeas allowed 15 August 2002. Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) retained 15 August 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 15 August 2002. Motion by plaintiff to dismiss notice of appeal based upon a constitutional question denied 15 August 2002.